# United States Bankruptcy Court
## Middle District of Florida

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ray Williams Sheet Metal Company Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**59-3636626** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2535 St. Clair Street**<br>**Jacksonville, FL**<br><br>ZIP Code **32254** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Duval** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

---

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Ray Williams Sheet Metal Company Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br> Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Ray Williams Sheet Metal Company Inc.**

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney\***

X **/s/ Bryan K. Mickler FBN**
Signature of Attorney for Debtor(s)

**Bryan K. Mickler FBN 091790**
Printed Name of Attorney for Debtor(s)

**Law Offices of Mickler & Mickler**
Firm Name

**5452 Arlington Expressway**
**Jacksonville, FL 32211**

Address

**Email: court@planlaw.com**
**904.725.0822  Fax: 904.725.0855**
Telephone Number

**November 17, 2011**
Date

*\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.*

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Raymond O. Williams, Jr.**
Signature of Authorized Individual

**Raymond O. Williams, Jr.**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November 17, 2011**
Date

# United States Bankruptcy Court
## Middle District of Florida

In re   **Ray Williams Sheet Metal Company Inc.**            Case No. _____

                                                   Debtor(s)        Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Alpha Equipment Sales & Rent 526 Stockton Street Jacksonville, FL 32204** | **Alpha Equipment Sales & Rent 526 Stockton Street Jacksonville, FL 32204** | **promissory note** | | **64,000.00** |
| **Am Technical Solutions #890481 P.O. Box 12001 Dallas, TX 75312** | **Am Technical Solutions #890481 P.O. Box 12001 Dallas, TX 75312** | **open account** | | **20,348.94** |
| **Capital One P O Box 71083 Charlotte, NC 28272-1083** | **Capital One P O Box 71083 Charlotte, NC 28272-1083** | **Credit card purchases** | | **11,668.00** |
| **Commercial Insulation Co Inc 207 Lane Ave. South Jacksonville, FL 32254** | **Commercial Insulation Co Inc 207 Lane Ave. South Jacksonville, FL 32254** | **open account** | | **13,441.00** |
| **Fleet Services P O Box 6293 Carol Stream, IL 60197-6293** | **Fleet Services P O Box 6293 Carol Stream, IL 60197-6293** | **open account** | | **7,901.27** |
| **Florida Mechanical Systems 526 Stockton Street Jacksonville, FL 32204** | **Florida Mechanical Systems 526 Stockton Street Jacksonville, FL 32204** | **accounting services** | | **32,921.00** |
| **Florida Mechanical Systems 526 Stockton Street Jacksonville, FL 32204** | **Florida Mechanical Systems 526 Stockton Street Jacksonville, FL 32204** | **Business premises - 2535 St Clair Street, Jacksonville, FL 32254** | | **400,000.00 (189,000.00 secured) (76,440.27 senior lien)** |
| **Florida Mechanical Systems 526 Stockton Street Jacksonville, FL 32204** | **Florida Mechanical Systems 526 Stockton Street Jacksonville, FL 32204** | **line of credit** | | **175,000.00** |
| **Ford Motor Credit P O Box 650575 Dallas, TX 75265-0575** | **Ford Motor Credit P O Box 650575 Dallas, TX 75265-0575** | **2011 Ford F150 work truck - 2 dr. base model** | | **27,274.89 (19,500.00 secured)** |
| **Ford Motor Credit P O Box 650575 Dallas, TX 75265-0575** | **Ford Motor Credit P O Box 650575 Dallas, TX 75265-0575** | **2011 Ford F150 work truck - 2dr base model** | | **24,872.81 (19,500.00 secured)** |

In re  **Ray Williams Sheet Metal Company Inc.**                                          Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Holbrook, Akel**<br>**One Independent Drive**<br>**Suite 2301**<br>**Jacksonville, FL 32202-5059** | **Holbrook, Akel**<br>**One Independent Drive**<br>**Suite 2301**<br>**Jacksonville, FL 32202-5059** | **open account** | | **3,880.00** |
| **Impulse Air, Inc.**<br>**P O Box 12273**<br>**Jacksonville, FL 32209-0273** | **Impulse Air, Inc.**<br>**P O Box 12273**<br>**Jacksonville, FL 32209-0273** | **open account** | | **8,892.00** |
| **Internal Revenue Service**<br>**400 W. Bay St.**<br>**Attn Bankruptcy Dept**<br>**Jacksonville, FL 32202** | **Internal Revenue Service**<br>**400 W. Bay St.**<br>**Attn Bankruptcy Dept**<br>**Jacksonville, FL 32202** | | | **10,650.00** |
| **Labor Finders (Ocala)**<br>**P O Box 1106**<br>**Ocala, FL 34478-1106** | **Labor Finders (Ocala)**<br>**P O Box 1106**<br>**Ocala, FL 34478-1106** | **open account** | | **11,882.90** |
| **NB Handy**<br>**P O Box 11258**<br>**Lynchburg, VA 24506-1258** | **NB Handy**<br>**P O Box 11258**<br>**Lynchburg, VA 24506-1258** | **open account** | | **5,389.00** |
| **Stan Weaver & Co. Inc.**<br>**4255 Emerson Street**<br>**Jacksonville, FL 32207** | **Stan Weaver & Co. Inc.**<br>**4255 Emerson Street**<br>**Jacksonville, FL 32207** | **open account** | | **4,129.00** |
| **Tom Barrow Company**<br>**P O Box 116406**<br>**Atlanta, GA 30368-6406** | **Tom Barrow Company**<br>**P O Box 116406**<br>**Atlanta, GA 30368-6406** | **open account** | | **9,440.00** |
| **Wells Fargo Bank, NA**<br>**c/o Adams and Reese LLP**<br>**150 Second Avenue N.**<br>**17th Floor**<br>**Saint Petersburg, FL 33701** | **Wells Fargo Bank, NA**<br>**c/o Adams and Reese LLP**<br>**150 Second Avenue N.**<br>**Saint Petersburg, FL 33701** | **promissory notes/line of credit accounts** | | **667,200.00** |
| **Wells Fargo Bank, NA**<br>**c/o Adams and Reese LLP**<br>**150 Second Avenue N.**<br>**17th Floor**<br>**Saint Petersburg, FL 33701** | **Wells Fargo Bank, NA**<br>**c/o Adams and Reese LLP**<br>**150 Second Avenue N.**<br>**Saint Petersburg, FL 33701** | **open account** | | **70,770.84** |
| **Wells Fargo Business Card**<br>**P O Box 348750**<br>**Sacramento, CA 95834** | **Wells Fargo Business Card**<br>**P O Box 348750**<br>**Sacramento, CA 95834** | **Credit card purchases** | | **28,404.20** |

In re   **Ray Williams Sheet Metal Company Inc.**                                   Case No. _____

                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date   **November 17, 2011**                    Signature   **/s/ Raymond O. Williams, Jr.**
                                                            **Raymond O. Williams, Jr.**
                                                            **President**


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Ray Williams Sheet Metal Company Inc.**                     ,      Case No. _____

                                           Debtor      Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 189,000.00 | | |
| B - Personal Property | Yes | 12 | 309,226.72 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 533,596.21 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 10,750.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 1,163,995.93 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 498,226.72 | | |
| Total Liabilities | | | | 1,708,342.14 | |

.

# United States Bankruptcy Court
## Middle District of Florida

In re     **Ray Williams Sheet Metal Company Inc.**                                    ,          Case No. _____

                                                                                Debtor

                                                                                Chapter _____ **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re    **Ray Williams Sheet Metal Company Inc.**        Case No. _____

                                               Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Business premises - 2535 St Clair Street, Jacksonville, FL 32254** | **Fee simple** | - | 189,000.00 | 476,440.27 |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | 189,000.00 | (Total of this page) |
| | | Total > | 189,000.00 | |
| | | (Report also on Summary of Schedules) | | |

__0__ continuation sheets attached to the Schedule of Real Property

In re **Ray Williams Sheet Metal Company Inc.** , Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Business checking account at Vystar | - | 10,010.00 |
| | | | tax account at vystar | - | 20.00 |
| | | | payroll account at vystar | - | 8,880.00 |
| | | | savings account at vystar | - | 40.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | dental policy on employees | - | 0.00 |
| | | | life insurance rider for employees ($25,000) | - | 0.00 |
| | | | Damage/Liability Policy for real property | - | 0.00 |
| | | | Worker's comp policy | - | 0.00 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | 18,950.00 |
|---|---|---|
| | (Total of this page) | |

__2__ continuation sheets attached to the Schedule of Personal Property

In re     **Ray Williams Sheet Metal Company Inc.**           ,     Case No. _____

                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **ESOP Plan containing Ray Williams Sheet Metal stock only - value currently reflects book value** | - | 2,508.52 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **See Exhibit "C"** | - | 67,840.20 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >       70,348.72
(Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

In re     **Ray Williams Sheet Metal Company Inc.**           ,      Case No. _____

                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **State of Florida mechanical license through qualifier - not held by Debtor** | - | **0.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2011 Ford F150 work truck - 2dr base model** | - | **19,500.00** |
| | | **2011 Ford F150 work truck - 2 dr. base model** | - | **19,500.00** |
| | | **2005 Ford F150 -VIN 3922 - extended cab and bed, 2wd only** | - | **12,550.00** |
| | | **2008 Dodge 1500 Pickup 4dr** | - | **17,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **See Exhibit "B"** | - | **39,128.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See Exhibit "A"** | - | **110,950.00** |
| 30. Inventory. | | **30 sheets of metal** | - | **800.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 219,928.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 309,226.72 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

**EXHIBIT A**



## SHEET METAL SHOP EQUIPMENT INVENTORY

| Qty | Item Description | Model # | Serial # | Value |
|---|---|---|---|---|
| | CHICAGO 10ft Hydraulic Brake | S-B-103 | 111211 | 5,500.00 |
| | CLAUSING 10ft 10ga Sheer | 401832 | | 7,500.00 |
| | DURODYNE Flexible Duct Connector Dispenser | FDCC-2 | | 800.00 |
| | Rolling Lay-Out Table for Flexible Connector Cutter 8' x 2' | | | 400.00 |
| | DURODYNE Solid State Pin Spotter | PP-2 | 9032 | 700.00 |
| | HYPERTHERM Power Max 900 Plasma Cutter | | | 500.00 |
| | LOCKFORMER 16ga Capacity Snaplock Machine | | 2834 | 4,000.00 |
| | LOCKFORMER 22ga Capacity Pittsburgh Machine | | | 3,500.00 |
| | LOCKFORMER 60" Bead Roller Machine w/Drop Table | | | 6,000.00 |
| | LOCKFORMER 60" Insulation Cutter | | 1C1073 | 1,000.00 |
| | LOCKFORMER Outside Tap Machine 26ga Capacity | | 3335 | 1,800.00 |
| | LOCKFORMER S-Lock/Drive Self Sheering Machine | | 10606 | 6,500.00 |
| | MILLER Portable Spot Welding Machine w/Stand | MSW-41T | LK090011K | 1,400.00 |
| 2 | MILLER Millermatic 140 Welder | | LH020788N | 1,000.00 |
| | 24" Male Pittsburgh Hand Operated | | | 600.00 |
| | 30" Drive Bending Machine Hand Operated | | | 600.00 |
| | Stand for Roller/Drive/Pittsburgh Machines | | | 400.00 |
| | GROOV-MASTER 10ft Ductboard Cutting Machine w/Drop Table 1" and 1.5" Capacity (Electric) | 215T | | 4,000.00 |
| | PLEXTO Hand Operated Bead Roller | | | 900.00 |
| | ROPER WITNEY 22ga 36" Hand Operated Rolling Machine | 881D | 4225-4-91 | 800.00 |
| | SPEEDAIRE Compressor | 5Z637A | LI/3/97-01180 | 1,300.00 |
| | TENNSMITH 10' 16ga Brake Hand Operated w/Drop Table | | | 2,000.00 |
| | TENNSMITH 48" 16ga Metal Roll Machine | SR48 | 05300 | 4,300.00 |
| | TENNSMITH 48" Pan/Box Brake 16ga Capacity | | | 2,000.00 |
| | VULCAN 1800 Plasma Cutting Table 10' x 5' w/Laptop & Programs | | | 20,000.00 |
| | 8-Rack 10ft Tall Metal Rack for 10' x 5' Sheet Storage | | | 2,500.00 |
| | Leak Detector Test Unit (Pressure Test Machine) | | 5996-5 (tube #) | 1,500.00 |
| | HUSQVARNA 14" Gas Saw | K750 | | 300.00 |
| | DEWALT 14" Electric Chop Saw | | | 200.00 |
| | MAKITA 14" Electric Concrete Saw | | | 300.00 |
| 2 | Rolling Lay-Out Table 10' x 5' | | | 1,200.00 |
| | Rolling Lay-Out Table 4' x 5' | | | 300.00 |
| | Rolling Lay-Out Table w/Pipe Vise 8' x 4' | | | 900.00 |
| | 12' x 6' Fab Table 1" Steel | | | 1,500.00 |
| | PROTEMP Kerosene Heater 175000 BTU | PT175T-KFA | 8H38924 | 300.00 |
| | MANITOWOC Ice Machine | C730S | 110542470 | 1,200.00 |
| | CAT Forklift | GP25 | 5AM06702 | 4,500.00 |
| 7 | GENIE HighJack | | | 1,750.00 |
| 6 | Stackable HighJack | | | 900.00 |
| | Gangbox w/wheels 48" x 30" x 30" deep | | | 200.00 |
| 2 | JOBOX w/wheels 48" x 24" x 24" deep | | | 300.00 |
| 2 | JOBOX w/wheels 48" x 30" x 30" deep | | | 400.00 |
| | JOBOX w/wheels 48" x 30" x 44" deep | | | 250.00 |
| | JOBOX w/wheels 48" x 30" x 48" deep | | | 300.00 |
| | JOBOX w/wheels 48" x 48" x 30" deep | | | 350.00 |



SHEET METAL SHOP EQUIPMENT INVENTORY

| Qty | Item Description | Model # | Serial # | Value |
|---|---|---|---|---|
| 2 | Step Ladder 10ft | | | 200.00 |
| | Step Ladder 12ft | | | 150.00 |
| | Ladder 4ft | 207204 | | 50.00 |
| 10 | Ladder 8ft | | | 750.00 |
| | Ladder 10ft | | | 100.00 |
| 6 | Ladder 12ft | | | 900.00 |
| | RYOBI 6" Bench Grinder | | | 150.00 |
| | BOSCH Demolition Electric Hammer | 1247 | 687002020 | 350.00 |
| | BOSCH Brute Electric Jack Hammer | 0611304139 | 590001541 | 400.00 |
| | 3-Ton Service Jack | T83002 | | 100.00 |
| 2 | Pallet Jack | | | 500.00 |
| 2 | Bottles Compressed Argon | | | 600.00 |
| 2 | 30 gallon Propane Bottles | | | 100.00 |
| | DAYTON Vaccuum | 1UG82 | | 50.00 |
| | RIGID 20gal Shop Vac | | | 25.00 |
| | Shop Vac | WD06350 | | 75.00 |
| | Fire Blanket 6' x 6' | | | 50.00 |
| 2 | Hand Trucks | | | 100.00 |
| | 30 gal Material Disposal Container | | | 50.00 |
| 5 | 5-Step Steps for Trailer Access | | | 500.00 |
| | Ladder Rack for Short Bed Pickup Truck | | | 100.00 |
| | 18' x 6' Mesh-Sided Dual Axle Trailer | | 30525 | 1,200.00 |
| | 16' x 6' Mesh-Sided Dual Axle HD Trailer | | | 1,000.00 |
| | 8' x 4' Light Utility Single Axle Trailer | | | 500.00 |
| | 16' x 7' Dual Axle Car Trailer | | | 1,800.00 |
| | 45' x 8' Storage Trailer | | | 1,500.00 |
| | | | | |
| | SMALL SHOP TOOLS & MISC | | | 3,000.00 |
| | | **TOTAL VALUE** | | **110,950.00** |

Ray Williams, Jr.
President
Ray Williams Sheet Metal Co, Inc

**EXHIBIT B**

# OFFICE INVENTORY

| Qty | Item | Description | Value |
|---|---|---|---|
| 1 | Computer | Dell D620 laptop | front | 600 |
| 1 | Computer | Dell D620 laptop | cw | 600 |
| 1 | Computer | Dell D620 laptop | dr | 600 |
| 2 | Computer | Dell D510 laptop | dl | 1000 |
| 1 | Computer | Dell D610 laptop | rw | 470 |
| 1 | Computer | Dell D610 laptop | ww | 610 |
| 1 | Computer | custom tower | ww | 900 |
| 1 | Computer | dell tower dccy occy | dr | 900 |
| 1 | Computer | Dell D620 laptop | shop | 600 |
| 1 | Computer | Dell D620 laptop | shop | 600 |
| 2 | monitor flat screen | soyo | | 300 |
| 1 | monitor flat screen | dell 2007wfpb ac100 240volt | | 200 |
| 1 | monitor flat screen | acer v193w | | 186 |
| 1 | monitor flat screen | sony 15" | | 150 |
| 1 | software | maxwell estimation | ww | 10000 |
| 1 | software | vulcan 6xp | shop | 5000 |
| 12 | Avaya Phones 18D | multi line multi extension | | 1620 |
| 1 | microwave | | | 50 |
| 14 | desk chairs | various sizes models | | 700 |
| 2 | 2 drwer file cabinets | | | 100 |
| 6 | 4 drwer file cabinets | | | 300 |
| 2 | black file cabinets | | | 300 |
| 1 | plotter printer | | | 3730 |
| 1 | printer | hp designjet 500 | 3' x 53" | 60 |
| 1 | printer | hp 1040 fax/phone/print | | 100 |
| 1 | printer | xerox xd100 | | 115 |
| 1 | printer | hp 693c | | 100 |
| 2 | printer | hp 6940 | | 120 |
| 1 | fax copier | hp v40 | | 52 |
| 1 | printer | x4875 | | 100 |
| 1 | printer | x4875 | | 100 |

Exhibit "B"

| Qty | Item | Description | Size | Price |
|---|---|---|---|---|
| 1 | printer | dell 720 | | 30 |
| 2 | printer | epson 88+ | | 160 |
| 1 | wall mount plan rack | | | 550 |
| 1 | office desk | oak wood L shape | 70 x 85 | 350 |
| 1 | office desk | cherry L shaped | 6' x 64 | 400 |
| 1 | bookcase | cherry | 71x 29 | 200 |
| 1 | office desk | white wood cherry top | 31x66x30 | 450 |
| 1 | office desk | white wood cherry top | 29x53x16 | 350 |
| 1 | bookcase | cherry executive style | 70 x 3' | 200 |
| 1 | office desk | cherry wood (wall Size) | 99x67 | 500 |
| 1 | bookcase | cherry wood | 11x45 | 150 |
| 1 | bookcase | oak wood L shape | 70x6'10 | 400 |
| 1 | office desk | oak wood | 30x59 | 150 |
| 1 | office desk | oak wood | 37x12 | 75 |
| 1 | bookcase | oak wood L shape | 7'x70 | 300 |
| 1 | office desk | black | 12x28 | 50 |
| 1 | bookcase | . | 24 x 60 | 75 |
| 1 | office desk | light oak/maple | 24x27 | 50 |
| 1 | printer roller table stand | | 16x27 | 50 |
| 1 | printer table stand | | | 200 |
| 1 | Lathem Time Clock | Model 1500e | | |
| 1 | Drawing table | Cherry L shaped | 8'4 x 8' | 300 |
| 1 | Drawing table | cherry | 31x13'9 | 400 |
| 1 | Drawing table | | 37 x 12'7 | 450 |
| 1 | Drawing table | | 41 x 8'2 | 350 |
| 1 | Drawing table | cherry | 43 x 7'6 | 300 |
| 1 | Drawing table | cherry | 37 x 7'1 | 250 |
| 1 | Drawing table | cherry | 37 x 8'8 | 250 |
| 1 | Drawing table | cherry | 37 x 7'9 | 250 |
| 1 | Drawing table | cherry | 29 x 7'1 | 225 |
| 1 | Drawing table | white | 43 x 64 | 250 |
| 1 | Drawing table | gray | 37x66 | 250 |
| 1 | Drawing table | gray | 37x64 | 250 |

| 2 park benches | metal with wood slatts | | 100 |
| 1 metal storage cabinet | | 6' x 3' | 100 |



**EXHIBIT C**

| CUST | JOB | REF | INVOICE | DATE | BALANCE DUE | CURRENT | OVER 30 | OVER 60 | OVER 90 | RETENTION |
|---|---|---|---|---|---|---|---|---|---|---|
| 00021 | | | DICKY SMITH & COMPANY INC | | | | | | | |
| | 002111 | 1 | | 10/20/2011 | 421.90 | | | | | 421.90 |
| | 002111 | | | 10/20/2011 | 3,797.10 | 3,797.10 | | | | |
| | CUSTOMER TOTALS | | | | 4,219.00 | 3,797.10 | | | | 421.90 |
| 00050 | | | W W GAY MECHANICAL | | | | | | | |
| | 001311 | 7 | | 9/14/2011 | 705.32 | | 705.32 | | | |
| | 001311 | 7 | | 9/14/2011 | 558.80 | | 558.80 | | | |
| | 001711 | 7 | | 10/31/2011 | 9,173.30 | 9,173.30 | | | | |
| | 001711 | 4 | | 10/31/2011 | 8,280.88 | 8,280.88 | | | | |
| | CUSTOMER TOTALS | | | | 18,718.30 | 17,454.18 | 1,264.12 | | | |
| 00276 | | | SPADES CONTRACTORS CORP | | | | | | | |
| | 002310 | | | 10/01/2011 | 6,640.19 | | 6,640.19 | | | |
| | 002310 | 8 | | 7/29/2011 | 8,980.93 | | | | 8,980.93 | |
| | 002310 | 9 | | 10/01/2011 | 1,069.35 | | 1,069.35 | | | |
| | CUSTOMER TOTALS | | | | 16,690.47 | | 7,709.54 | | 8,980.93 | |
| 00312 | | | MALLEN CONSTRUCTION, INC. | | | | | | | |
| | 001411 | R | | 8/09/2011 | 1,719.99 | | | | 1,719.99 | |
| | CUSTOMER TOTALS | | | | 1,719.99 | | | | 1,719.99 | |
| 00627 | | | PINKERTON & LAWS OF FL | | | | | | | |
| | 001111 | R | | 6/07/2011 | 1,826.60 | | | | 1,826.60 | |
| | 001311 | R | | 6/21/2011 | 14,906.00 | | | | | 14,906.00 |
| | 001511 | | | 11/08/2011 | 25,364.73- | 25,364.73- | | | | |
| | 001511 | 3 | PD VENDORS | 8/21/2011 | 13,835.53 | | | 13,835.53 | | |
| | 001511 | | | 9/21/2011 | 11,529.20 | | 11,529.20 | | | |
| | 001511 | 5 | | 10/21/2011 | 8,809.84 | 8,809.84 | | | | |
| | CUSTOMER TOTALS | | | | 25,542.44 | 16,554.89- | 11,529.20 | 13,835.53 | 1,826.60 | 14,906.00 |
| 01595 | | | R & K MECHANICAL, INC. | | | | | | | |
| | 371101 | 1 | | 5/04/2011 | 450.00 | | 450.00 | | | |
| | CUSTOMER TOTALS | | | | 450.00 | | 450.00 | | 450.00 | |
| 05004 | | | JOHN ERICKSON ENT. | | | | | | | |
| | 371101B | 1 | | 8/17/2011 | 500.00 | | | 500.00 | | |
| | CUSTOMER TOTALS | | | | 500.00 | | | 500.00 | | |
| | * TYPE TOTALS * | | | | 67,840.20 | 4,696.39 | 20,502.86 | 14,335.53 | 12,977.52 | 15,327.90 |

In re **Ray Williams Sheet Metal Company Inc.** , Case No. _____

_____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. <br><br>**Florida Mechanical Systems** <br>**526 Stockton Street** <br>**Jacksonville, FL 32204** | | - | | | 12/14/2010 <br><br>second mortgage <br><br>**Business premises - 2535 St Clair Street, Jacksonville, FL 32254** | | | | | |
| | | | | | Value $            **189,000.00** | | | | 400,000.00 | 287,440.27 |
| Account No. 46461337 <br><br>**Ford Motor Credit** <br>**P O Box 650575** <br>**Dallas, TX 75265-0575** | X | - | | | **Purchase Money Security** <br><br>**2011 Ford F150 work truck - 2dr base model** | | | | | |
| | | | | | Value $            **19,500.00** | | | | 24,872.81 | 5,372.81 |
| Account No. 46455000 <br><br>**Ford Motor Credit** <br>**P O Box 650575** <br>**Dallas, TX 75265-0575** | X | - | | | **Purchase Money Security** <br><br>**2011 Ford F150 work truck - 2 dr. base model** | | | | | |
| | | | | | Value $            **19,500.00** | | | | 27,274.89 | 7,774.89 |
| Account No. 233085 -6032738 <br><br>**TD Auto Finance** <br>**P O Box 9001888** <br>**Louisville, KY 40290-1888** | | - | | | **2008 Dodge 1500 Pickup 4dr** | | | | | |
| | | | | | Value $            **17,500.00** | | | | 5,008.24 | 0.00 |
| __1__ continuation sheets attached | | | | | Subtotal <br>(Total of this page) | | | | 457,155.94 | 300,587.97 |

In re  **Ray Williams Sheet Metal Company Inc.**                              ,     Case No. _____

                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **16-2011 CA-9330** | | | | | **First Mortgage** | | | | | |
| **Wells Fargo Bank, N.A.** **c/o Adams and Reese LLP** **150 Second Avenue N.** **17th Floor** **Saint Petersburg, FL 33701** | X | - | | | **Business premises - 2535 St Clair Street, Jacksonville, FL 32254** | | | | | |
| | | | | | Value $                **189,000.00** | | | | **76,440.27** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **76,440.27** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **533,596.21** | **300,587.97** |

.

In re   **Ray Williams Sheet Metal Company Inc.**            ,      Case No. _____

                                       Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____  continuation sheets attached

In re **Ray Williams Sheet Metal Company Inc.** , Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **59-3636626** | | | **3q 2011 940 and 941 taxes** | | | | | | |
| **Internal Revenue Service** **400 W. Bay St.** **Attn Bankruptcy Dept** **Jacksonville, FL 32202** | - | | | | | | | 0.00 | |
| | | | | | | | 10,650.00 | | 10,650.00 |
| Account No. **59-3636626** | | | **state unemployment tax 2010** | | | | | | |
| **State of Georgia Dept of Rev** **1800 Century Center Blvd NE** **Atlanta, GA 30345** | - | | | | | | | 0.00 | |
| | | | | | | | 100.00 | | 100.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | | |
|---|---|---|---|
| Subtotal (Total of this page) | 0.00 | | |
| | 10,750.00 | | 10,750.00 |
| Total (Report on Summary of Schedules) | 0.00 | | |
| | 10,750.00 | | 10,750.00 |

In re    **Ray Williams Sheet Metal Company Inc.**             ,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **9/19/2011** **Alpha Equipment Sales & Rent** **526 Stockton Street** **Jacksonville, FL 32204** | X | - | | | promissory note | | | | 64,000.00 |
| Account No. **Ray Williams** **Am Technical Solutions** **#890481** **P.O. Box 12001** **Dallas, TX 75312** | | - | | | open account | | | | 20,348.94 |
| Account No. **619272** **Baker Distributing Co.** **P O Box 409635** **Atlanta, GA 30384-9635** | | - | | | open account | | | | 579.38 |
| Account No. **4287** **Bernie's Tool& Fastener Svc** **4211 Highway Avenue** **Jacksonville, FL 32254** | | - | | | open account | | | | 3,698.78 |

   _7_   continuation sheets attached

Subtotal
(Total of this page)       **88,627.10**

In re **Ray Williams Sheet Metal Company Inc.** ,                Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **4115 0791 1257 9089**<br><br>**Capital One**<br>**P O Box 71083**<br>**Charlotte, NC 28272-1083** | - | | | **Credit card purchases** | | | | 11,668.00 |
| Account No. **196515**<br><br>**Carrier Enterprises LLC**<br>**P O Box 905265**<br>**Charlotte, NC 28217** | - | | | open account | | | | 1,975.19 |
| Account No. **8495  74 123 1685482**<br><br>**Comcast**<br>**P O Box 530098**<br>**Atlanta, GA 30353-0098** | - | | | open account | | | | 508.78 |
| Account No.<br><br>**Commercial Insulation Co Inc**<br>**207 Lane Ave. South**<br>**Jacksonville, FL 32254** | - | | | open account | | | | 13,441.00 |
| Account No. **309148**<br><br>**De Lage Financial Services**<br>**1111 Old Eagle School Rd.**<br>**Wayne, PA 19087** | - | | | open account -Copier rent | | | | 1,370.52 |

Sheet no. __1__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 28,963.49

In re    **Ray Williams Sheet Metal Company Inc.**                    ,      Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **443236** | | - | | open account | | | | |
| **Fleet One, LLC**<br>**MSC 30425**<br>**P O Box 415000**<br>**Nashville, TN 37241-5000** | | | | | | | | **1,732.99** |
| Account No. | | - | | open account | | | | |
| **Fleet Services**<br>**P O Box 6293**<br>**Carol Stream, IL 60197-6293** | | | | | | | | **7,901.27** |
| Account No. **641200** | X | - | | line of credit | | | | |
| **Florida Mechanical Systems**<br>**526 Stockton Street**<br>**Jacksonville, FL 32204** | | | | | | | | **175,000.00** |
| Account No. | | - | | accounting services | | | | |
| **Florida Mechanical Systems**<br>**526 Stockton Street**<br>**Jacksonville, FL 32204** | | | | | | | | **32,921.00** |
| Account No. **855333423** | | - | | open account | | | | |
| **Grainger**<br>**P O Box 419267**<br>**Kansas City, MO 64141-6267** | | | | | | | | **149.00** |

Sheet no. __**2**__ of __**7**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal       **217,704.26**
                                 (Total of this page)

In re **Ray Williams Sheet Metal Company Inc.** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W JC | | | | | | |
| Account No. 7817-061041 | | | - | | open account | | | | |
| Holbrook, Akel One Independent Drive Suite 2301 Jacksonville, FL 32202-5059 | | | | | | | | | 3,880.00 |
| Account No. 35093 | | | - | | open account | | | | |
| HUB Industrial Supply P O Box 3609 Lake City, FL 32056 | | | | | | | | | 446.05 |
| Account No. 2167752 | | | - | | open account | | | | |
| Hunter Warfield 4620 Woodland Corp. Blvd. Tampa, FL 33614 | | | | | | | | | 1,327.55 |
| Account No. 2105 | | | - | | open account | | | | |
| Impulse Air, Inc. P O Box 12273 Jacksonville, FL 32209-0273 | | | | | | | | | 8,892.00 |
| Account No. 11820 | | | - | | open account | | | | |
| Johnstone Supply 2700 SW 3rd Place Ocala, FL 34471-8871 | | | | | | | | | 2,520.99 |

Sheet no. __3__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,066.59

In re   **Ray Williams Sheet Metal Company Inc.**        ,    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **25-16-1188** | | | - | open account | | | | |
| **Labor Finders (Ocala)** P O Box 1106 Ocala, FL 34478-1106 | | | | | | | | **11,882.90** |
| Account No. **21118552** | | | - | open account | | | | |
| **Mobile Mini, Inc.** P O Box 79149 Phoenix, AZ 85062-9149 | | | | | | | | **785.95** |
| Account No. **201160** | X | | - | open account | | | | |
| **NB Handy** P O Box 11258 Lynchburg, VA 24506-1258 | | | | | | | | **5,389.00** |
| Account No. **18231900** | | | - | open account | | | | |
| **NFC - Construction & Rental** 526 Stockton Street Jacksonville, FL 32204 | | | | | | | | **3,609.00** |
| Account No. **1996** | | | - | open account | | | | |
| **Register Insulation Inc.** 697 George Morris Rd. Vidalia, GA 30474 | | | | | | | | **1,580.00** |

Sheet no. __4__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

          Subtotal
      (Total of this page)      **23,246.85**

In re **Ray Williams Sheet Metal Company Inc.** ,
Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **RW01** | | | | open account | | | | |
| **Sissine's Office Systems** **6123 Philips Highway** **Jacksonville, FL 32216** | | - | | | | | | 457.28 |
| Account No. **279878** | | | | open account | | | | |
| **Solantic of Jax LLC** **P O Box 741048** **Atlanta, GA 30384-1048** | | - | | | | | | 420.00 |
| Account No. **3-0687-3509288** | | | | open account | | | | |
| **Southland Waste Systems 687** **P O Box 9001099** **Louisville, KY 40290-1099** | | - | | | | | | 339.01 |
| Account No. **027428** | | | | open account | | | | |
| **Stan Weaver & Co. Inc.** **4255 Emerson Street** **Jacksonville, FL 32207** | | - | | | | | | 4,129.00 |
| Account No. **502168** | | | | open account | | | | |
| **Strate Welding Supply Co Inc** **29 S. McDuff Avenue** **Jacksonville, FL 32254** | | - | | | | | | 256.79 |

Sheet no. __5__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,602.08

In re **Ray Williams Sheet Metal Company Inc.** ,          Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **31033** <br><br> **Sunbelt Rentals Inc.** <br> **P O Box 409211** <br> **Atlanta, GA 30384-9211** | - | | open account | | | | 2,527.70 |
| Account No. **2459667** <br><br> **Superior Plus Construction** <br> **dba Specialty Products** <br> **P O Box 12-0203** <br> **Dallas, TX 75312-0203** | - | | open account | | | | 2,055.11 |
| Account No. **2102** <br><br> **Tom Barrow Company** <br> **P O Box 116406** <br> **Atlanta, GA 30368-6406** | - | | open account | | | | 9,440.00 |
| Account No. <br><br> **Wells Fargo Bank, NA** <br> **c/o Adams and Reese LLP** <br> **150 Second Avenue N.** <br> **17th Floor** <br> **Saint Petersburg, FL 33701** | - | | promissory notes/line of credit accounts | | | | 667,200.00 |
| Account No. <br><br> **Wells Fargo Bank** <br> **P O Box 202902** <br> **Dallas, TX 75320-2902** | | | Representing: <br> **Wells Fargo Bank, NA** | | | | **Notice Only** |

Sheet no. __6___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**681,222.81**

In re **Ray Williams Sheet Metal Company Inc.** _____, Case No. _____
                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | open account | | | | |
| Wells Fargo Bank, NA c/o Adams and Reese LLP 150 Second Avenue N. 17th Floor Saint Petersburg, FL 33701 | - | | | | | | 70,770.84 |
| Account No. | | | | | | | |
| Wells Fargo Bank P O Box 202902 Dallas, TX 75320 | | | Representing: Wells Fargo Bank, NA | | | | Notice Only |
| Account No. | | | open account | | | | |
| Wells Fargo Bank, NA c/o Adams and Reese LLP 150 Second Avenue N. 17th Floor Saint Petersburg, FL 33701 | - | | | | | | 2,387.71 |
| Account No. | | | | | | | |
| Wells Fargo Bank P O Box 202902 Dallas, TX 75320 | | | Representing: Wells Fargo Bank, NA | | | | Notice Only |
| Account No. 4312 4754 6567 2813 | | | Credit card purchases | | | | |
| Wells Fargo Business Card P O Box 348750 Sacramento, CA 95834 | - | | | | | | 28,404.20 |

Sheet no. __7__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 101,562.75 |
| Total (Report on Summary of Schedules) | 1,163,995.93 |

In re    **Ray Williams Sheet Metal Company Inc.**        Case No. _____

                                               Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **De Lage Financial Services**<br>**1111 Old Eagle School Rd.**<br>**Wayne, PA 19087** | **Copier lease - 60 months as of 5/12/2009** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

.

In re     **Ray Williams Sheet Metal Company Inc.**          ,     Case No. _____

                                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Raymond and Cheryl Williams**<br>**2535 St. Clair Street**<br>**Jacksonville, FL 32254** | **Florida Mechanical Systems**<br>**526 Stockton Street**<br>**Jacksonville, FL 32204** |
| **Raymond and Cheryl Williams**<br>**2535 St. Clair Street**<br>**Jacksonville, FL 32254** | **Alpha Equipment Sales & Rent**<br>**526 Stockton Street**<br>**Jacksonville, FL 32204** |
| **Raymond O. Williams, Jr.**<br>**2535 St. Clair St.**<br>**Jacksonville, FL 32254** | **Wells Fargo Bank, N.A.**<br>**c/o Adams and Reese LLP**<br>**150 Second Avenue N.**<br>**17th Floor**<br>**Saint Petersburg, FL 33701** |
| **Raymond Williams**<br>**2535 St. Clair Street**<br>**Jacksonville, FL 32254** | **Ford Motor Credit**<br>**P O Box 650575**<br>**Dallas, TX 75265-0575** |
| **Raymond Williams**<br>**2535 St. Clair Street**<br>**Jacksonville, FL 32254** | **Ford Motor Credit**<br>**P O Box 650575**<br>**Dallas, TX 75265-0575** |
| **Raymond Williams**<br>**2535 St. Clair Street**<br>**Jacksonville, FL 32254** | **NB Handy**<br>**P O Box 11258**<br>**Lynchburg, VA 24506-1258** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Florida

In re    **Ray Williams Sheet Metal Company Inc.**              Case No.  _____

                                         Debtor(s)              Chapter      **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **29**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **November 17, 2011** _____      Signature    **/s/ Raymond O. Williams, Jr.**

                                                         **Raymond O. Williams, Jr.**

                                                         **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Ray Williams Sheet Metal Company Inc.**      Case No. _____

                   Debtor(s)      Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2009 - gross income (net loss)** |
| **$0.00** | **2010 - gross income (net loss)** |
| **$1,110,571.00** | **2011 gross income as of 8/31/2011 latest financial** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

     AMOUNT                   SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Stan Weaver and Co.**<br>**4255 Emerson St.**<br>**Jacksonville, FL 32207** | **8/22/2011** | **$15,807.00** | **$0.00** |
| **Impulse Air, Inc.**<br>**P O Box 12273**<br>**Jacksonville, FL 32209-0273** | **8/22/2011** | **$7,258.00** | **$8,892.00** |
| **Seasons 4 Inc.**<br>**4500 Industrial Access Rd**<br>**Douglasville, GA 30134** | **8/23/2011** | **$149,718.82** | **$0.00** |
| **Metal Mart Systems, Inc.**<br>**255 Century Blvd.**<br>**Bartow, FL 33830** | **8/23/2011** | **$16,399.45** | **$0.00** |
| **Captive Air**<br>**P.O. Box 60270**<br>**Charlotte, NC 28260** | **8/23/2011** | **$21,670.91** | **$0.00** |
| **Jiudicy, Inc.**<br>**P O Box 271508**<br>**Tampa, FL 33688** | **8/24/2011** | **$5,863.00** | **$0.00** |
| **Commercial Duct Systems**<br>**9707 Williams Rd.**<br>**Thonotosassa, FL 33592** | **9/19/2011** | **$5,880.00** | **$0.00** |
| **Old Dominion Insurance**<br>**P.O. Box 2004**<br>**Keene, NH 03431** | **9/19/2011** | **$8,312.22** | **$0.00** |
| **Trane**<br>**6000 Feldwood Rd**<br>**Atlanta, GA 30349** | **10/16/2011** | **$12,021.07** | **$0.00** |
| **Commercial Insulation Co Inc**<br>**207 Lane Ave. South**<br>**Jacksonville, FL 32254** | **10/6/2011** | **$9,133.00** | **$13,441.00** |

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Metal Mart Systems, Inc.**<br>**255 Century Blvd.**<br>**Bartow, FL 33830** | **10/13/2011** | **$16,399.45** | **$0.00** |

None ■   c.   *All debtors*: List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.   Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Wells Fargo Bank, NA v Ray williams Sheet Metal Company, Inc., etc.; 16-2011-CA-9330** | **foreclosure** | **Circuit Court, Duval County, FL** | **pending** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.   Repossessions, foreclosures and returns**

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.   Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Mickler & Mickler**<br>**5452 Arlington Expressway**<br>**Jacksonville, FL 32211** | **11/2011 by Debtor** | **$11,050 total. $1046 costs;**<br>**$10,004 fees** |

### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Ford Motor Credit**<br>**P O Box 650575**<br>**Dallas, TX 75265-0575**<br>trade in | **4/2011** | **traded in 14 vehicles to purchase 2 new pickups. Downsized company to save money. List attached.** |
| **subcontractor** | **6/2011** | **Sold Office Trailer for $2500** |
| **none** | | |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wells Fargo Bank, N.A.**<br>**c/o Adams and Reese LLP**<br>**150 Second Avenue N.**<br>**17th Floor**<br>**Saint Petersburg, FL 33701** | **closed tax, payroll, operating and credit card accounts** | **10/2011 - total of $12 in accounts when closed. Debtor received funds and deposited in Vystar** |

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐      supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Carol King**<br>**526 Stockton Street**<br>**Jacksonville, FL 32204** | **monthly accounting and payables** |
| **James Matthews CPA**<br>**2104 Park St.**<br>**Jacksonville, FL 32204** | **yearly tax returns and 940/941 filings**<br>**with IRS quarterly** |

None    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
■      of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐      of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **James Matthews, CPA** | **2104 Park St.**<br>**Jacksonville, FL 32204** |
| **Carol King** | **526 Stockton Street**<br>**Jacksonville, FL 32204** |

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐      issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Florida Mechanical Systems**<br>**526 Stockton Street**<br>**Jacksonville, FL 32204** | **12/2010** |
| **Wells Fargo Bank, N.A.**<br>**c/o Adams and Reese LLP**<br>**150 Second Avenue N.**<br>**17th Floor**<br>**Saint Petersburg, FL 33701** | **7/2007** |

### 20. Inventories

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
☐      and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **10/2011** | **Ray Williams** | **$800 of sheet metal** |

None ☐
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY
**10/2011**

NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS
**Raymond Williams**
**2535 St. Clair St.**
**Jacksonville, FL 32254**

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Raymond O. Williams, Jr.**<br>**2535 St. Clair St.**<br>**Jacksonville, FL 32254** | **President** | **54% common stock - 2000 shares total of common stock issued** |
| **Ray Williams Sheet Metal Company, Inc.**<br>**Employee Stock Ownership Plan and Trust**<br>**2535 Clair St.**<br>**Jacksonville, FL 32254** | **ESOP plan** | **46% of common stock** |
| **Cheryl D. Williams**<br>**2535 St. Clair St.**<br>**Jacksonville, FL 32254** | **Secretary** | **0% stock** |

---

### 22 . Former partners, officers, directors and shareholders

None ■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Drew Lindsay** | **Vice President** | **11/2010 - voluntarily left company** |

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ☐
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Raymond O. Williams, Jr.**<br>**2535 Clair St.**<br>**Jacksonville, FL 32254**<br>   **President** | **weekly net salary of $2076 for past 12 months** | |

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Cheryl Williams 2535 St. Clair St. Jacksonville, FL 32254**     **Secretary** | **weekly salary of $299 net for past 12 months. Stopped as of November 1, 2011.** | |
| **Cheryl D. Williams 2535 St. Clair St. Jacksonville, FL 32254**     **secretary** | **loan repayments** | **4 loan repayments during past 12 months of $1000 each** |

---

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                   TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                         TAXPAYER IDENTIFICATION NUMBER (EIN)

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    **November 17, 2011**          Signature    **/s/ Raymond O. Williams, Jr.**

                                                       **Raymond O. Williams, Jr.**

                                                       **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

| Truck# | Description | VIN # | Mileage | Payoff | KBB-good | |
|--------|-------------|-------|---------|--------|----------|---|
| 13. White | 06 Ford F-250 SD **XL X-Cab V-8 5.4** Vinyl Seats LWB | 1FTSX20546ED65904 no CD, no PWR, no cruise HAS tow pkg, tool boxes (3) | 172,144 | 3,040.00 | 5,975.00 | _ACV_ 3300 |
| 14 White | 06 Ford F-250 SD **XL X-Cab V-8 5.4** Vinyl Seats LWB | 1FTSX20556ED65894 no CD, no PWR, no cruise HAS tow pkg, tool box & Rack | 127,318 | 3,053.00 | 7,875.00 | /4,000 |
| 16 White | 07 Ford F-250 SD **XL X-Cab V-8 5.4** Vinyl Seats LWB | 1FTSX20567EA82793 no CD, no PWR, no cruise HAS tow pkg, Rack, (3)tool boxes | 100,660 | 4,196.00 | 10,500.00 | /5,500 |
| 20 White | 08 Ford F-250 SD **XLT X-Cab V-8 5.4** Cloth Seats SWB | 1FTNX20588EA90831 Factory CD   tow pkg Power, cruise, tool box | 170,600 | 11,031.00 | 9,650.00 | /4,100 |
| 21 White | 07 Dodge 1500 **SLT / Quad Cab** **4.7 V-8  Flex Fuel** SWB | 1D7HA18P27S130146 Factory CD   tow pkg Power, cruise, tool box | 116,000  4 PYMT | 2,289.16  572.29 7/2011 | 8,375.00 | /6,500 |
| 23 White | 07 Dodge 1500 **SLT  Reg Cab** **4.7 V-8  Flex Fuel** Cloth Seats | 1D7HA16P77J536707 Factory CD   tow pkg Power, cruise, tool box | 87,207  4 PYMT | 1,987.36  496.84 7/2011 | 7,450.00 | /6,500 |
| 24 White | 07 Ford F-150 **XL X-Cab V-8 4.6** Cloth Seats SWB | 1FTRX12W17KD51878 HAS tow pkg, tool boxes (2) cruise | 131,100 | 3,301.00 | 7,475.00 | /5,000 |
| 25 White | 07 Dodge 2500 **Heavy Duty** Hemi  5.7  Reg Cab Vinyl Seats | 3D6WR26D97G759087 show Utility on KBB Factory CD, NO PWR, cruise HAS tow pkg, Rack, tool box | 133,500  10 PYMT | 6,260.10  626.01 1/2012 | 7,950.00 | /5,500 |
| 31 White | 07 Dodge 2500 **Heavy Duty** Hemi  5.7  Reg Cab Vinyl Seats | 3D6WR26D77G759086 show Utility on KBB Factory CD, NO PWR, cruise HAS tow pkg, Rack, tool box | 64,018 | 11,086.00 | 12,250.00 | /7,000 |
| 32 Vanilla | 07 Dodge 1500 4WD **SLT / Quad Cab** Hemi 5.7 20"s | 1D7HU18227J614013 Power, cruise, multi CD tow pkg, running boards, liner Pwr seats, Thunder Rd Pkg | 114,800  17 PYMT | 10,140.67  596.51 8/2012 | 9,050.00 | 10,000 |
| Ray's Black | 08 Ford F-250 SD **Lariat Crew V-8 5.4** **4WD** | 1FTSW21548EA38316 Fully Loaded, sunroof, Navigation Chrome bumpers, grille, tow pkg see info sheet attached | 75,600 | 27,960.00 | 26,645.00 | 19,000 |

TOTALS    84,344.29    113,195.00

# United States Bankruptcy Court

## Middle District of Florida

In re     **Ray Williams Sheet Metal Company Inc.**     ,

Case No. _____

Chapter _____ **11** _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ESOP Plan and Trust**<br>**2535 St. Clair St.**<br>**Jacksonville, FL 32254** | **common** | **920** | |
| **Raymond O. Williams Jr.**<br>**2535 St. Clair St.**<br>**Jacksonville, FL 32254** | **common** | **1080** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ___**November 17, 2011**_____

Signature **/s/ Raymond O. Williams, Jr.**_____

**Raymond O. Williams, Jr.**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___**0**___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re    **Ray Williams Sheet Metal Company Inc.**               Case No. _____

                                       Debtor(s)         Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November 17, 2011**                  **/s/ Raymond O. Williams, Jr.**

                                             **Raymond O. Williams, Jr./President**
                                             Signer/Title

Ray Williams Sheet Metal Company Inc.
2535 St. Clair Street
Jacksonville, FL 32254

Commercial Insulation Co Inc
207 Lane Ave. South
Jacksonville, FL 32254

Hunter Warfield
4620 Woodland Corp. Blvd.
Tampa, FL 33614

Bryan K. Mickler FBN
Law Offices of Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211

De Lage Financial Services
1111 Old Eagle School Rd.
Wayne, PA 19087

Impulse Air, Inc.
P O Box 12273
Jacksonville, FL 32209-0273

Alpha Equipment Sales & Rent
526 Stockton Street
Jacksonville, FL 32204

Fleet One, LLC
MSC 30425
P O Box 415000
Nashville, TN 37241-5000

Internal Revenue Service
400 W. Bay St.
Attn Bankruptcy Dept
Jacksonville, FL 32202

Am Technical Solutions
#890481
P.O. Box 12001
Dallas, TX 75312

Fleet Services
P O Box 6293
Carol Stream, IL 60197-6293

Johnstone Supply
2700 SW 3rd Place
Ocala, FL 34471-8871

Baker Distributing Co.
P O Box 409635
Atlanta, GA 30384-9635

Florida Mechanical Systems
526 Stockton Street
Jacksonville, FL 32204

Labor Finders (Ocala)
P O Box 1106
Ocala, FL 34478-1106

Bernie's Tool& Fastener Svc
4211 Highway Avenue
Jacksonville, FL 32254

Ford Motor Credit
P O Box 650575
Dallas, TX 75265-0575

Mobile Mini, Inc.
P O Box 79149
Phoenix, AZ 85062-9149

Capital One
P O Box 71083
Charlotte, NC 28272-1083

Grainger
P O Box 419267
Kansas City, MO 64141-6267

NB Handy
P O Box 11258
Lynchburg, VA 24506-1258

Carrier Enterprises LLC
P O Box 905265
Charlotte, NC 28217

Holbrook, Akel
One Independent Drive
Suite 2301
Jacksonville, FL 32202-5059

NFC - Construction & Rental
526 Stockton Street
Jacksonville, FL 32204

Comcast
P O Box 530098
Atlanta, GA 30353-0098

HUB Industrial Supply
P O Box 3609
Lake City, FL 32056

Raymond and Cheryl Williams
2535 St. Clair Street
Jacksonville, FL 32254

Raymond O. Williams, Jr.
2535 St. Clair St.
Jacksonville, FL 32254

Sunbelt Rentals Inc.
P O Box 409211
Atlanta, GA 30384-9211

Raymond Williams
2535 St. Clair Street
Jacksonville, FL 32254

Superior Plus Construction
dba Specialty Products
P O Box 12-0203
Dallas, TX 75312-0203

Register Insulation Inc.
697 George Morris Rd.
Vidalia, GA 30474

TD Auto Finance
P O Box 9001888
Louisville, KY 40290-1888

Sissine's Office Systems
6123 Philips Highway
Jacksonville, FL 32216

Tom Barrow Company
P O Box 116406
Atlanta, GA 30368-6406

Solantic of Jax LLC
P O Box 741048
Atlanta, GA 30384-1048

Wells Fargo Bank
P O Box 202902
Dallas, TX 75320-2902

Southland Waste Systems 687
P O Box 9001099
Louisville, KY 40290-1099

Wells Fargo Bank
P O Box 202902
Dallas, TX 75320

Stan Weaver & Co. Inc.
4255 Emerson Street
Jacksonville, FL 32207

Wells Fargo Bank, N.A.
c/o Adams and Reese LLP
150 Second Avenue N.
17th Floor
Saint Petersburg, FL 33701

State of Georgia Dept of Rev
1800 Century Center Blvd NE
Atlanta, GA 30345

Wells Fargo Bank, NA
c/o Adams and Reese LLP
150 Second Avenue N.
17th Floor
Saint Petersburg, FL 33701

Strate Welding Supply Co Inc
29 S. McDuff Avenue
Jacksonville, FL 32254

Wells Fargo Business Card
P O Box 348750
Sacramento, CA 95834

# United States Bankruptcy Court
## Middle District of Florida

In re    __Ray Williams Sheet Metal Company Inc.__      Case No. _____

                         Debtor(s)      Chapter    __11__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 15,000.00 |
| Prior to the filing of this statement I have received | $ | 10,004.00 |
| Balance Due | $ | 4,996.00 |

2.    The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.    The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    __November 17, 2011__        __/s/ Bryan K. Mickler FBN__
                                               **Bryan K. Mickler FBN 091790**
                                             **Law Offices of Mickler & Mickler**
                                               **5452 Arlington Expressway**
                                               **Jacksonville, FL 32211**
                                               **904.725.0822  Fax: 904.725.0855**
                                               **court@planlaw.com**

# United States Bankruptcy Court
## Middle District of Florida

In re    __Ray Williams Sheet Metal Company Inc.__

Debtor(s)

Case No. _____

Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Ray Williams Sheet Metal Company Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__November 17, 2011__

Date

__/s/ Bryan K. Mickler FBN__

__Bryan K. Mickler FBN 091790__

Signature of Attorney or Litigant

Counsel for __Ray Williams Sheet Metal Company Inc.__

__Law Offices of Mickler & Mickler__

__5452 Arlington Expressway__
__Jacksonville, FL 32211__
__904.725.0822 Fax:904.725.0855__
__court@planlaw.com__